UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kyle Finnell,

    Plaintiff,

        v.                                Case No. 1:20cv337

Timothy Eppans, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on June 15, 2020 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed. Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Complaint (Doc. 3) is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's claims against defendant Eppans in his individual capacity.

1

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order adopting this Report and Recommendation would not be taken in good faith. The Court would therefore deny plaintiff's leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                   /s/ *Michael R. Barrett*
                                                   Michael R. Barrett, Judge
                                                   United States District Court