# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KYLE FINNELL, | : |
| *Plaintiff*, | : Case No. 1:20-cv-337 |
| vs. | : Judge Jeffery P. Hopkins |
| TIMOTHY EPPENS, *et al.*, | : |
| *Defendants.* | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Peter B. Silvain, Jr. on July 16, 2024. Doc. 67. The Magistrate Judge recommends that this Court deny Plaintiff's motion for default judgment. Doc. 63. The Court has reviewed Plaintiff's motion, Defendant's response in opposition, and the Report and Recommendation. The Court notes that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **DENIES** Plaintiff's motion for default judgment (Doc. 63).

**IT IS SO ORDERED.**

Dated: August 9, 2024

                                                        Hon. Jeffery P. Hopkins
                                                        United States District Judge