**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

KYLE FINNELL,

    *Plaintiff*,

vs.

TIMOTHY EPPENS, *et al.*,

    *Defendants*.

:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:20-cv-337

Judge Jeffery P. Hopkins

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the Report and Recommendation (Doc. 91) issued by Magistrate Judge Peter B. Silvan on January 30, 2026. The Magistrate Judge recommends that this Court grant Defendant's Motion for Sanctions (Doc. 77) and dismiss this action with prejudice for failure to follow court orders to provide or permit discovery under Fed. R. Civ. P. 37(b). No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Defendant's Motion for Sanctions (Doc. 77) is **GRANTED** and this action is **DISMISSED** with prejudice. Defendant's Motion for Summary Judgment (Doc.

82) and Plaintiff's Motion for Extension of Time (Doc. 89) are therefore **DENIED** as moot.

This case shall be **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

February 20, 2026

Jeffery P. Hopkins
United States District Judge